IN THE UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | |
|---|---|
| KENYA TEASLEY, | ) |
| | ) Case No: 5:22-CV-00115-BO |
| Plaintiff, | ) **MOTION TO DISQUALIFY** |
| v. | ) **COUNSEL** |
| | ) |
| TASHA O'NEAL, F. BLAIR WILLIAMS | ) |
| | ) |
| Defendants. | ) |
| | ) |

    Plaintiff respectfully moves the Court to disqualify the defendants' counsel. The State of North Carolina is not a defendant in this complaint, and the defendants are not entitled to qualified immunity. When the defendants intentionally waited until May 20, 2022, to file the plaintiff's petition, they altered the results of the primary election for the Wake County District Attorney race, in the favor of their former boss, Lorrin Freeman. The plaintiff needed her petition and the response, to be filed and made a public record prior to the start of early voting.

    The plaintiff had people in Wake County who were waiting on this information to be filed, in preparation for their next move. It was imperative that every one of the public had known prior to voting in the primary that, Lorrin Freeman covered up a colleague forging the signature of a Former Chief Justice.

Kenya Teasley

100 Tobler Court Apt 205

Durham, NC 27704


This the 11TH day of June, 2022.

*Kenya Teasley* (signature)

## CERTIFICATE OF SERVICE

I hereby certify that on this day I placed a copy of this **MOTION TO DISQUALIFY COUNSEL** in the U.S. Mail, postage prepared to the following:

Elizabeth O'Brien

Special Deputy Attorney General

NC Department of Justice

PO Box 629

Raleigh, NC 27602