UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KENYA TEASLEY, | |
| Plaintiff | |
| vs. | **JUDGMENT IN A CIVIL CASE** |
| | **CASE NO. 5:22-CV-115-BO** |
| TASHA O'NEAL AND F. BLAIR WILLIAMS, | |
| Defendants. | |

**Decision by Court.**
This cause comes before the Court on defendants' motions to dismiss and plaintiff's motions to amend her complaint and disqualify counsel.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion to amend [DE 11] is GRANTED. The clerk is DIRECTED to file the amended complaint at [DE 11-1]. Defendants' motion to dismiss the original complaint [DE 8] is DENIED AS MOOT. Plaintiff's motion to disqualify counsel [DE 14] is DENIED. Defendants' motion to dismiss the amended complaint [DE 15] is GRANTED. Plaintiff's amended complaint is DISMISSED.

This case is closed.

This Judgment filed and entered on February 23, 2023, and copies to:
Kenya Teasley (via U.S. Mail to 100 Tobler Ct., #205, Durham NC 27704)
Elizabeth O'Brien (via CM/ECF electronic notification)

| | |
|---|---|
| February 23, 2023 | Peter A. Moore, Jr. |
| | Clerk of Court |
| | |
| | By: /s/Lindsay Stouch |
| | Deputy Clerk |